1  MANATT, PHELPS & PHILLIPS, LLP
   JOHN M. LEBLANC (SBN 155842)
2  E-mail: jleblanc@manatt.com
   ILEANA M. HERNANDEZ (SBN 198906)
3  E-mail: ihernandez@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, CA 90064-1614
   Telephone:    (310) 312-4000
5  Facsimile:    (310) 312-4224

6  Attorneys for Defendant
   6 DEGREES HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS AMERICA INSURANCE COMPANY, a New York corporation; EXCESS REINSURANCE UNDERWRITERS AGENCY, INC., a Pennsylvania corporation; 6 DEGREES HEALTH, INC., an Oregon corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 5:17-cv-05857-NC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT 6 DEGREES HEALTH, INC.**<br><br>[Removal from the Superior Court of the State of California, County of Monterey, Case No. 17CV003307]<br><br>Action Filed: September 11, 2017 |

319387841.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF APPEARANCE FOR COUNSEL OF 6 DEGREES HEALTH, INC.

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorney appears on behalf of Defendant 6 Degrees Health, Inc. ("6 Degrees") in this action, and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of 6 Degrees:[1]

ILEANA M. HERNANDEZ (SBN 198906)
E-mail:  ihernandez@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:     (310) 312-4000
Facsimile:       (310) 312-4224

Ileana M. Hernandez is admitted to practice and in good standing in the Northern District of California.

Dated: October 19, 2017                              MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ileana M. Hernandez
    Ileana M. Hernandez
    *Attorneys for Defendant*
    6 DEGREES HEALTH, INC.

---

[1] This notice is filed solely for purposes of complying with the Local Rules and is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of and preserving all rights and any defense, affirmative defense, or objection, including personal jurisdiction.

319387841.1