United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIRIUS AMERICA INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 17-CV-05857-LHK<br><br>**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 51 |

Defendant Sirius America Insurance Company's motion for administrative relief is DENIED. The initial case management conference remains set for January 31, 2018, at 2:00 p.m. The parties shall file a joint case management statement by January 29, 2018.

**IT IS SO ORDERED.**

Dated: January 23, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-05857-LHK
ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF