UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>EXCESS REINSURANCE UNDERWRITERS AGENCY, INC., et al.,<br><br>Defendants. | Case No. 17-CV-05857-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE FACT DISCOVERY AND EXPERT DISCOVERY DEADLINES**<br><br>Re: Dkt. No. 82 |

The parties' stipulation to continue fact discovery and expert discovery deadlines is GRANTED in part and DENIED in part. The close of fact discovery shall be continued to October 1, 2018. The deadline to file opening expert reports shall be continued to October 28, 2018. The deadline to file rebuttal expert reports shall be continued to November 19, 2018. Finally, the close of expert discovery shall be continued to December 16, 2018. The rest of the case schedule remains as set.

Additionally, the Court notes that it has never stayed discovery in the instant case, and that it will not extend any other deadlines in the case schedule. Thus, if the parties have chosen to postpone discovery during their settlement efforts, the parties do so at their own risk.

1
Case No. 17-CV-05857-LHK
ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE FACT DISCOVERY AND EXPERT DISCOVERY DEADLINES

**IT IS SO ORDERED.**

Dated: August 30, 2018

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-05857-LHK
ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE FACT DISCOVERY AND EXPERT DISCOVERY DEADLINES