UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>EXCESS REINSURANCE UNDERWRITERS AGENCY, INC., et al.,<br><br>Defendants. | Case No. 17-CV-05857-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |
|---|---|

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 24, 2018, at 2:00 p.m. *See* Civ. L.R. 16-10(d). The Court hereby ORDERS the parties to file one Joint Case Management Statement by Monday, October 22, 2018, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 18, 2018

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-05857-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT