# KASOWITZ BENSON TORRES LLP

2029 CENTURY PARK EAST

SUITE 2000

LOS ANGELES, CALIFORNIA 90067

(424) 288-7900

FAX: (424) 288-7901

CURTIS D. PORTERFIELD
DIRECT DIAL: (424) 288-7906
CPORTERFIELD@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEW YORK
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

November 8, 2018

**VIA MESSENGER**

District Judge Lucy H. Koh
United State District Court
Northern District of California
San Jose Courthouse
Courtroom 8 – 4th Floor
280 South 1st Street
San Jose, CA 95113

Magistrate Judge Susan van Keulen
United States District Court
Northern District of California
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

Re:     *Community Hospital of the Monterey Peninsula v. 6 Degrees Health, Inc., et al.*
        Case No. 5:17-cv-05857

Dear Judge Koh and Magistrate van Keulen,

The undersigned represents the Plaintiff, Community Hospital of the Monterey Peninsula, in the above-referenced litigation. I write to inform the Court that the parties have reached an agreement in principle to settle the case as to all parties. Currently the Defendants are preparing draft documentation of this agreement.

Magistrate van Keulen has scheduled to resume the Settlement Conference in this matter next Friday, November 16, 2018. A Joint Settlement Conference Statement is due from the parties on November 9, 2018. In light of our agreement in principle to settle this case, the parties would ask the Magistrate to vacate the Settlement Conference date pending our completion of the settlement documentation.

# KASOWITZ BENSON TORRES LLP

Magistrate Judge Susan van Keulen
United States District Court
Northern District of California
November 8, 2018
Page 2

Thank you for your help and patience.

Very Truly Yours,

KASOWITZ BENSON TORRES LLP

Melissa Dejoie
Curtis D. Porterfield

cc:     Jason B. Gurdus, Esq. - *jason.gurdus@rivkin.com*
        Anthony Gambardella Esq. - *anthony.gambardella@rivkin.com*
        Timothy W. Fredricks, Esq. -*fredricks.t@wssllp.com*
        Kimberly Shields, Esq. - *kshields@mpbf.com*
        R. Mick Rubio, Esq. - *mrubio@mpbf.com*