JEROLD OSHINSKY (SBN 250771)
Email: joshinsky@kasowitz.com
CURTIS PORTERFIELD (SBN 101896)
Email: cporterfield@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone:   (424) 288-7900
Facsimile:   (424) 288-7901
*Attorneys for Plaintiff*
COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>EXCESS REINSURANCE UNDERWRITERS AGENCY, INC., and 6 DEGREES HEALTH, INC.<br><br>Defendants. | CASE NO. 5:17-cv-05857<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BY ALL PARTIES UNDER RULE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, under which a Court order is not required, all parties by their counsel's respective signatures below, hereby stipulate to dismiss this entire action with prejudice. Each party is to bear its own fees, costs, and expenses.

IT IS SO STIPULATED

//
//
//

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE BY ALL PARTIES UNDER RULE 41(a)(1)(A)(ii)**

DATED: January 4, 2019           **KASOWITZ BENSON TORRES LLP**

By: /s/ *Curtis D. Porterfield*
Curtis D. Porterfield (SBN 101896)

*Attorneys for Plaintiff*
*COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA*

DATED: January 4, 2019           **MURPHY, PEARSON, BRADLEY & FEENEY**

By: /s/ *R. Mick Rubio*
R. Mick Rubio (SBN 285588)

*Attorneys for Defendant*
*6 DEGREES HEALTH, INC.*

DATED: January 4, 2019           **WINGET SPADAFORA & SCHWARTZBERG LLP**

By: /s/ *Timothy W. Fredricks*
Timothy W. Fredricks (SBN 238039)

*Attorneys for Defendant*
*EXCESS REINSURANCE UNDERWRITERS AGENCY, INC*

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO GENERAL ORDER 45 |
| 2 | |
| 3 | I, Curtis D. Porterfield, attest that concurrence in the filing of this document has been |
| 4 | obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed |
| 5 | document.  I declare under penalty of perjury under the laws of the United States of America that |
| 6 | the foregoing is true and correct. |

KASOWITZ BENSON TORRES LLP

By:   /s/ *Curtis D. Porterfield*

Curtis D. Porterfield
*Attorneys for Plaintiff* COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA

3

STIPULATION FOR DISMISSAL WITH PREJUDICE BY ALL PARTIES
UNDER RULE 41(a)(1)(A)(ii)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 2000, Los Angeles, California 90067.

On January 4, 2019, I served the **STIPULATION FOR DISMISSAL WITH PREJUDICE BY ALL PARTIES UNDER RULE 41(a)(1)(A)(ii)** on the parties in the within action as follows:

☒ **VIA ECF: TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING.**

| | |
|---|---|
| Timothy W. Fredricks<br>Elizabeth M. Treckler, Esq<br>**WINGET SPADAFORA & SCHWARTZBERG LLP**<br>1900 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067<br>Tel: (310) 836-4800<br>Fax: (310) 836-4801<br>*Counsel for Excess Reinsurance Underwriters Agency, Inc.* | *fredricks.t@wssllp.com*<br>*treckler.e@wssllp.com* |
| Kimberly A. Shields<br>Andy Y. Chen<br>R. Mick Rubio<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530<br>Tel: (415) 788-1900<br>Fax: (415) 393-8087<br>*Counsel for 6 Degrees Health, Inc.* | *kshields@mpbf.com*<br>*achen@mpbf.com*<br>*MRubio@mpbf.com* |
| JEROLD OSHINSKY<br>CURTIS PORTERFIELD<br>**KASOWITZ BENSON TORRES LLP**<br>2029 Century Park East, Suite 2000<br>Los Angeles, CA 90067<br>Tel: (424) 288-7900<br>Fax: (424) 288-7901<br>*Counsel for Community Hospital of the Monterey Peninsula* | *joshinsky@kasowitz.com*<br>*cporterfield@kasowitz.com* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2019, in Los Angeles, California.

_____
Amanda Rae Cooper

**PROOF OF SERVICE**